Certificate Number: 12459-GAN-CC-030515272



12459-GAN-CC-030515272

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 2, 2018</u>, at <u>7:21</u> o'clock <u>AM PST</u>, <u>scott roby</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  February 2, 2018            By:    /s/Ruth Ann Moldenhauer

                                   Name:  Ruth Ann Moldenhauer

                                   Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).